| | | | |
|---|---|---|---|
| Com. v. Drob ....................... | 1367 MDA 2015<br>Affirmed<br>Application to<br>Withdraw as<br>Counsel<br>Granted | 06/01/2016 | CP–40–CR–0000897–<br>2014<br>(Luzerne) |
| Com. v. Dottle ..................... | 642 WDA 2015<br>Affirmed | 06/01/2016 | CP–37–CR–0000230–<br>1990<br>(Lawrence) |
| Com. v. Parks...................... | 866 WDA 2015<br>Affirmed | 06/01/2016 | CP–26–CR–0000582–<br>2014<br>(Fayette) |
| Com. v. Tucker .................... | 882 WDA 2015<br>Vacated and<br>Remanded | 06/01/2016 | CP–65–CR–0000449–<br>2012<br>(Westmoreland) |
| Com. v. Maines .................... | 953 WDA 2015<br>Affirmed | 06/01/2016 | CP–11–CR–0000774–<br>2013<br>CP–11–CR–0001919–<br>2013<br>(Cambria) |
| Com. v. Pulliam..................... | 963 WDA 2015<br>Affirmed | 06/01/2016 | CP–25–CR–0002790–<br>2013<br>(Erie) |
| Com. v. Jones ...................... | 1062 WDA 2015<br>Affirmed | 06/01/2016 | CP–02–CR–0000080–<br>1998<br>(Allegheny) |
| Com. v. Hurd ...................... | 1111 WDA 2015<br>Reversed and<br>Appellant<br>Discharged | 06/01/2016 | CP–42–CR–0000664–<br>2014<br>(McKean) |
| S.D.H. v. B.R.(L.) [3] ................. | 1317 WDA 2015<br>Affirmed | 06/01/2016 | No. FD–09–2343<br>(Allegheny) |
| Com. v. Stump [4] .................... | 1405 MDA 2015<br>Affirmed | 06/02/2016 | CP–38–CR–0001012–<br>2013<br>(Lebanon) |
| Com. v. Munoz ..................... | 1659 MDA 2015<br>Affirmed<br>Application to<br>Withdraw as<br>Counsel<br>Granted | 06/02/2016 | CP–36–CR–0004356–<br>2013<br>CP–36–CR–0004613–<br>2012<br>(Lancaster) |
| E.B. v. A.B.......................... | 916 WDA 2015<br>Affirmed | 06/02/2016 | NS201300434<br>(Erie) |
| Com. v. Lucas ..................... | 1254 WDA 2015<br>Affirmed | 06/02/2016 | CP–33–CR–0000053–<br>2006<br>(Jefferson) |
| Hartenstine v. Bullock................ | 250 EDA 2015<br>Affirmed,<br>Reversed and<br>Remanded | 06/03/2016 | No. 2014–17098<br>(Montgomery) |

**3.** Petition for reargument denied July 15, 2016.

**4.** Petition for reargument denied August 12, 2016.